Bartkewich *v.* Billinger, Appellant.

Argued April 17, 1968. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Henry E. Rea, Jr.*, with him *Brandt, Riester, Brandt & Malone*, for appellants.

*Thomas L. Cooper*, with him *McArdle & McLaughlin*, for appellee.

OPINION BY MR. CHIEF JUSTICE BELL, May 21, 1968:

The jury returned a verdict for the plaintiff. An appeal was taken in this case from the dismissal by the lower Court of defendants' motion for judgment n.o.v. or, in the alternative, a new trial. Since no judgment was entered, the appeal is untimely and is hereby quashed: *Straw v. Sands*, 426 Pa. 81, 231 A. 2d 144; *O'Donnell v. Bachelor*, 425 Pa. 626, 229 A. 2d 755; *Lynch v. Metropolitan Life Insurance Co.*, 422 Pa. 488, 222 A. 2d 925.

Appeal quashed.